**Godofredo Barragan AVARCA; Maria D. Barragan, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–75210.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 1, 2010.

Eduardo A. Paredes, Law Office of Eduardo A. Paredes, Los Angeles, CA, for Petitioners.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Brooke Maurer, Trial, Oil, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Godofredo Barragan Avarca and Maria D. Barragan, natives and citizens of Mexico, petition for review the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's removal order. We dismiss the petition for review.

In their opening brief, petitioners fail to address, and thereby waive any challenge to, the agency's order denying their application for cancellation of removal. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the agency's denial of Barragan Avarca's request for voluntary departure. *See* 8 U.S.C. § 1229c(f); *Tovar–Landin v. Ashcroft*, 361 F.3d 1164, 1166 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.